UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RCCC MEDICAL STAFF,<br><br>　　　　　Defendant. | No. 2:21-cv-1419 DB P<br><br><br>ORDER |

　　　　Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Before the court is the complaint (ECF No. 1) and plaintiff's request for leave to proceed in forma pauperis (ECF No. 2).

　　　　Plaintiff has not filed his application for leave to proceed in forma pauperis (ECF No. 2) on the form used by this district. Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a jail official, and the application form must be accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of this action.

　　　　Additionally, plaintiff's complaint (ECF No. 1) does not include any factual allegations or identify individual defendants. Thus, the court is unable to screen plaintiff's complaint as required by 28 U.S.C. § 1915A(a). As such, the complaint will be dismissed with leave to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. Plaintiff's complaint (ECF No. 1) is dismissed with leave to amend;

3. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights action by a prisoner and an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action;

4. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order;

5. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint"; and

6. Plaintiff is warned that his failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: August 16, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/maes1419.3d