UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS, | No. 2:21-cv-01419 DB P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| RCCC MEDICAL STAFF, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

On December 21, 2022, the court issued an order dismissing plaintiff's Second Amended Complaint and supplemental pleadings with leave to file an amended complaint. (ECF No. 18.) Plaintiff was given thirty days to file an amended complaint. (Id. at 8.) Plaintiff was warned in the court's order that failure to file an amended complaint may result in a recommendation that this action be dismissed. (Id.)

The time for plaintiff to file an amended complaint has passed. Plaintiff's only filing since the court's December 21, 2022 order is a short one-page letter filed on January 20, 2023 in which plaintiff states that he "[had] a private attorney from the out's" and that he wants to "get

////

1

this case over."¹  (ECF No. 19 at 1.)  Plaintiff has not filed a Third Amended Complaint, requested an extension of time to do so, or otherwise filed any document responsive to the court's December 21, 2022 order.  Accordingly, plaintiff will be ordered to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either file a Third Amended Complaint or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders.

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  March 20, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/maes149.osc

---

¹ Plaintiff appears to claim he is represented by counsel in this matter but no counsel has appeared in this case on behalf of plaintiff.  If plaintiff is represented by private counsel, plaintiff's counsel must file a notice of appearance with this court.

2