UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY V. MAESTAS, | No. 2:21-cv-01419 DB P |
| Plaintiff, | |
| v. | ORDER |
| RCCC MEDICAL STAFF, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

On December 21, 2022, the court issued an order dismissing plaintiff's Second Amended Complaint and supplemental pleadings with leave to file an amended complaint. (ECF No. 18.) Plaintiff was given thirty days to file an amended complaint. (Id. at 8.) The time for plaintiff to file an amended complaint expired and although plaintiff communicated with the court, plaintiff did not file an amended complaint or request an extension of time to do so. Accordingly, on March 21, 2023, plaintiff was ordered to file an amended complaint or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

////

Plaintiff has responded to the order to show cause, stating he believes the case should not be dismissed and requesting the paperwork to file a third amended complaint. (ECF No. 21.) Good cause appearing, the court will grant plaintiff one final opportunity to file a further amended complaint. Plaintiff is cautioned that further extensions of time will not be granted absent good cause shown for extraordinary circumstances.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a civil rights complaint form.
2. Plaintiff is granted 30 days from the date of this order to file a Third Amended Complaint; plaintiff is cautioned that further extensions of time will not be granted absent good cause shown for extraordinary circumstances.
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  May 22, 2023

DLB7
maes1419.36ac

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE